FILED - MQ
April 22, 2024 3:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mic  SCANNED BY: /4/22/24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HAILEY MARIE ROHRAFF,

    Defendant.
_____/

2:24-cr-8

Hala Y. Jarbou
Chief U.S. District Judge

**CLASS A MISDEMEANOR INFORMATION**

The United States Attorney charges:

### Assault by Striking, Beating, or Wounding

On or about July 18, 2023, in Chippewa County, in the Western District of Michigan, Northern Division, on lands held in trust by the United States for the benefit of the Sault Ste. Marie Tribe of Chippewa Indians, Defendant,

**HAILEY MARIE ROHRAFF**,

a non-Indian, assaulted EMR, an Indian, by striking, beating, and wounding EMR.

18 U.S.C. § 113(a)(4)
18 U.S.C. § 1151
18 U.S.C. § 1152

MARK A. TOTTEN
United States Attorney

*/s/ Theodore J. Greeley*

THEODORE J. GREELEY
Assistant United States Attorney

Date: April 22, 2024