UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-8 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| HALEY MARIE ROHRAFF, | |
| Defendant. | |
| _____/ | |

**ORDER FOR DETENTION**

Defendant Rohraff appeared before the undersigned for an initial appearance on petition for warrant for offender under supervision (ECF No. 38.). Defense counsel reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: June 3, 2025           /s/ *Maarten Vermaat*
                              MAARTEN VERMAAT
                              U.S. MAGISTRATE JUDGE